IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN PATRICK REILLY,

    Plaintiff,

vs.                              Case No. 4:12cv304-RH/CAS

LARRY CAMPBELL,
and LUIS MORENO, et al.,

    Defendants.

_____/

## O R D E R

The report and recommendation, doc. 26, has been adopted, doc. 28, and the pro se Plaintiff's motion to amend the complaint, doc. 23, is denied. This Order is entered solely to remind the parties that pursuant to the Initial Scheduling Order, doc. 22, the discovery deadline in this case will expire on **April 8, 2013**. No extension of this discovery period will be granted except for good cause and upon showing of diligence during the initial discovery period. See N.D. Fla. Loc. R. 6.1. Plaintiff's pursuit of his motion to amend is not cause to extend the discovery deadline. In addition, motions for summary judgment motion shall be filed not later than **21 days** after the close of discovery.

Accordingly, it is

**ORDERED:**

1. The discovery deadline remains as established and all discovery shall be concluded by **April 8, 2013**.

2. Plaintiff shall immediately file a notice to the Clerk's Office in the event that his address changes or he is transferred or released from custody.

3. The Clerk of Court return this file on the close of discovery, April 8, 2013.

**DONE AND ORDERED** on February 28, 2013.

        S/    Charles A. Stampelos
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**